**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: John D Lepore

Debtor(s)

BK No. 1:17–bk–10353

Chapter 13

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above debtor(s) was entered on: 2/4/2020 .

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **2/24/20**

Entered on Docket: **2/24/20**
Document Number: **34 – 31**

309.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*