*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: John D Lepore | BK No. 1:17–bk–10353 |
| Debtor(s) | Chapter 13 |

### ORDER APPROVING ACCOUNT AND DISCHARGING CHAPTER 13 TRUSTEE

It appearing to the Court, that the Chapter 13 Trustee has performed all duties required in the administration of this case, the Trustee has made distribution of all funds coming into his possession as required by order of this Court and has rendered a full and complete account, and the Trustee has performed all other duties required of him in the administration of this case;

It is ORDERED that the accounts of said Trustee be approved and allowed; the Trustee be discharged and relieved of his trust; the blanket bond of the Chapter 13 Trustee, regarding this estate, be canceled and any sureties be released from further liability, except any liablility which may have accrued during the time such bond was in effect.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/24/20**

Entered on Docket: **2/24/20**
Document Number: **35**

110.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*