United States Bankruptcy Court
District of Rhode Island

In re:                                                                     Case No. 17-10353-DF
John D Lepore                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1           User: chris              Page 1 of 2          Date Rcvd: Feb 24, 2020
                               Form ID: 309             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
db           +John D Lepore,    26 Harris Avenue,    Johnston, RI 02919-2016
944385024    +Ccs/first National Ban,    500 East 60th St North,    Sioux Falls SD 57104-0478
944385025    +Check N Go,    1426 Hartford Avenue,    Johnston RI 02919-3204
944385027     Global Pymt,    Po Box 61158,    Chicago IL 60666
944385030    +Hodosh Lyon & Hammer,    41 Comstock Parkway,    Cranston RI 02921-2061
944385032    +Joseph M. Hall, Esq.,    245 Winter Street,    Suite 300,    Waltham MA 02451-8709
944385035    +My Total Health Clinic,    17 Coventry Shoppers Park #2,    Coventry RI 02816-5702
944393019     US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
944385037    +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
944385021     +E-mail/Text: bnc@advanceamerica.net Feb 24 2020 18:24:35      Advanced America,
               1500 Atwood Avenue,    Unit 15,    Johnston RI 02919-3227
944385022     +EDI: TSYS2.COM Feb 24 2020 23:28:00      Barclays Bank Delaware,    Po Box 8803,
               Wilmington DE 19899-8803
944385023      EDI: CAPITALONE.COM Feb 24 2020 23:28:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond VA 23238
944385026     +EDI: AMINFOFP.COM Feb 24 2020 23:28:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls SD 57107-0145
944405421      E-mail/Text: Check.bksupport@globalpay.com Feb 24 2020 18:24:29
               GLOBAL PAYMENTS CHECK SERVICES, INC,    PO BOX 661158,    CHICAGO, IL 60666-1158
944385031     +EDI: HY11.COM Feb 24 2020 23:28:00      Hyundai Capital America,    10550 Talbert Av,
               Fountain Valley CA 92708-6032
944407122     +EDI: HY11.COM Feb 24 2020 23:28:00      Hyundai Lease Titling Trust,    PO Box 20809,
               Fountain Valley, CA 92728-0809
944401750     +EDI: MID8.COM Feb 24 2020 23:28:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
944385033     +EDI: MID8.COM Feb 24 2020 23:28:00      Midland Fund,    2365 Northside Dr Ste 30,
               San Diego CA 92108-2709
944385036      EDI: PRA.COM Feb 24 2020 23:28:00      Portfolio Rc,    120 Corporate Blvd Ste 1,
               Norfolk VA 23502
944407568      EDI: PRA.COM Feb 24 2020 23:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
944385446     +EDI: PRA.COM Feb 24 2020 23:28:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
944406422     +EDI: JEFFERSONCAP.COM Feb 24 2020 23:28:00      Premier Bankcard, LLC,
               Jefferson Capital System, LLC Assignee,    PO Box 7999,    St. Cloud, MN 56302-7999
944406422     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 24 2020 18:24:37      Premier Bankcard, LLC,
               Jefferson Capital System, LLC Assignee,    PO Box 7999,    St. Cloud, MN 56302-7999
944390242      EDI: Q3G.COM Feb 24 2020 23:28:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
944400361     +EDI: AIS.COM Feb 24 2020 23:28:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
944385028*    Global Pymt,    Po Box 61158,    Chicago IL 60666
944385029*    Global Pymt,    Po Box 61158,    Chicago IL 60666
944385034*   +Midland Fund,    2365 Northside Dr Ste 30,    San Diego CA 92108-2709
                                                                                   TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0103-1              User: chris                    Page 2 of 2                    Date Rcvd: Feb 24, 2020
                                  Form ID: 309                   Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Gary L. Donahue     ustpregion01.pr.ecf@usdoj.gov
              John   Boyajian     mail@13ritrustee.com, martha@bhrlaw.com
              Lynda L. Laing    on behalf of Creditor    Hyundai Leasing Titling Trust lynn@straussfactor.com,
               straussfactorlaw@cs.com
              Stephen P. Levesque    on behalf of Debtor John D Lepore Customerservice@spllaw.com
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: John D Lepore  BK No. 1:17−bk−10353

Debtor(s)  Chapter 13

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above debtor(s) was entered on: 2/4/2020 .

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **2/24/20**

Entered on Docket: **2/24/20**
Document Number: **34 − 31**

309.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*